ACCEPTED
05-15-01199-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/19/2015 4:42:00 PM
LISA MATZ
CLERK

# FIFTH DISTRICT COURT OF APPEAL

# DOCKETING STATEMENT

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/19/2015 4:42:00 PM
LISA MATZ
Clerk

## FAILURE TO RETURN STATEMENT MAY RESULT IN SANCTIONS

The Court requires the following information in order to facilitate disposition of the case. This form is also available at www.5dca.org

**APPELLANT/PETITIONER:** If this case involves an original writ, is an appeal of a non-final order or is a case involving child custody, this docketing statement must be completed and returned **within five days**. In all other cases, the **appellant /petitioner** must file the docketing statement within **10 days** from the date of the acknowledgment of the notice of appeal.

**APPELLEE/RESPONDENT:** Is not required to file a docketing statement unless there are amendments, corrections or additions to the docketing statement filed by the appellant/petitioner. Appellee's/respondent's docketing statement, if necessary, is due within **5 days** from service of the appellant's/petitioner's docketing statement.

# PLEASE PROVIDE THE FOLLOWING INFORMATION:

DOCKETING STATEMENT OF: (CHECK ONE)  ☒ APPELLANT/PETITIONER
☐ APPELLEE/RESPONDENT

| 1. STYLE OF CASE | DCA CASE NUMBER | LOWER COURT CASE NUMBER |
|---|---|---|
| In re David J. Swearingen, Relator | 05-15-01199-CV | 429-00454-2014 |

## 2a. COUNSEL FOR APPELLANT/PETITIONER (If party is not represented by counsel, party should so indicate and provide accurate mailing address and phone number).

Name W. Todd Albin                                    Bar Number 00795214

Address Granite Park III, 5601 Granite Parkway, Suite 400, Plano, Texas 75024

Attorney For David J. Swearingen  PhoneNumber 214-423-5100   FaxNumber 214-423-5111

## 2b. APPELLEE'S/RESPONDENT'S TRIAL COUNSEL AND/OR APPELLATE COUNSEL (IF KNOWN)

Name The Honorable Jill Willis                          Bar Number

Address Collin County Courthouse, 2100 Bloomdale Road, Suite 10014, McKinney, Texas 75071

Attorney For                PhoneNumber 972-547-5720   FaxNumber

rev. 0611

**3. PARTIES:** List names of all persons or entities who are parties in this matter and their lawyers. Designate whether appellant, petitioner, appellee, respondent or lawyer, specifying the party represented.
The Relator is David J. Swearingen, represented by W. Todd Albin.
Respondent is the Honorable Jill Willis of the 429th Judicial District Court in Collin County, Texas.
The real party in interest is William J. Swearingen II, represented by Gene Hamm.

**4. JUDGES BELOW:** List the name of all judges, deputy commissioners and hearing officers/examiners who were involved in this action below. Specify the judge who entered the order appealed.
The Honorable Jill Willis was involved in this action and entered the order that is subject to this appeal.

**5. JURISDICTION:** State the basis for this court's jurisdiction, including the following:
(1) the appellate rule providing jurisdiction claimed Tex. R. App. P. 28.3. ;
(2) the date of filing in the lower tribunal of the order appealed October 2, 2015 ;
(3) if this is an appeal from a final order, the date of the return of verdict in a jury action N/A , the service date of any motion tolling rendition of the final order under Fla. R. App. P. 9.020(h) N/A and the date of entry of the order deciding such motion N/A . **(A certified copy of such motion shall be attached or for eDCA users such motion shall be filed through eDCA.)**

**6. PENDING MATTERS IN LOWER TRIBUNAL:** Are there any matters, including counts of claims or counterclaims, still pending in the lower tribunal? If yes, please explain exactly what remains pending.
Because this is a Petition for Review of an Interlocutory Order, there are still pending claims and counterclaims in the underlying trial court.

**7. SIMILAR ISSUES:** List by this Court's style and case number any cases that are pending that involve an issue similar to the issue(s) in this case. A Notice of Related Cases should be filed in each related case.
None.

If you become aware of any such case during the pendency of this appeal, you have a continuing duty to inform the Court promptly.

### Certificate of Service

I certify that a copy hereof has been furnished by mail this 19th day

<u>mail / hand delivery</u>

of October ,20 15 , to:

all parties or the attorney for such party in accordance with Tex. R. App. P. 9.5 and 28.3(h)

_____ .

Attorney/Party (Signature)

W. Todd Albin

(Print Name)

2